# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CALDERON,<br>Defendant. | Case No. 15-cr-00475-BLF-1<br><br>**ORDER REQUESTING CLARIFICATION RE DISCOVERY SCHEDULE FROM GOVERNMENT ON OR BEFORE MARCH 1, 2019** |

On February 5, 2019, the Court determined that Petitioner Elizabeth Calderon has alleged facts which, if true, state a claim on which relief could be granted for her motion to vacate her sentence under 28 U.S.C. § 2255. ECF 159. The Court requested a joint statement from the parties regarding any anticipated discovery requests and the need for an evidentiary hearing. The parties filed a joint statement on February 22, 2019, which indicates that Petitioner would like to conduct discovery pursuant to Rule 6 of the Rules Governing Section 2255 Proceedings. ECF 161. It is unclear from the joint statement (given the proposed timeline) whether the Government intends to object to any of Petitioner's discovery requests. The Court hereby REQUESTS that the Government submit an additional statement **on or before March 1, 2019** informing the Court whether it would like the opportunity to object to any of Petitioner's discovery requests outlined in the joint statement. Should the Government wish to object, the Court will require Petitioner to submit to the Court in the form of a motion for discovery requests her requests, reasons therefore, and any proposed interrogatories and requests for admission pursuant to Rule 6 of the Rules Governing Section 2255 Proceedings. The Government will then have the opportunity to oppose this motion. If the Government does not wish to object, the Court will set a schedule substantially mirroring that proposed by the parties.

**IT IS SO ORDERED.**

Dated: February 26, 2019

_____
BETH LABSON FREEMAN
United States District Judge