# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ELIZABETH CALDERON,<br>Defendant. | Case No. 15-cr-00475-BLF-1<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR DISCOVERY AS TO ITEM C**<br><br>[Re: ECF 166] |

On March 28, 2019, the Court ordered the Government to submit supplemental briefing regarding its assertion of privileges related to Petitioner's discovery request entitled Item C for "Internal evaluations and/or memoranda regarding Ms. Calderon's cooperation." ECF 168. In response, the Government agreed to "produce documents responsive to Petitioner's discovery request Item C consistent with the guidance and timeline set forth in the Court's March's 28th Order, absent objection from Petitioner or further instruction from the Court." ECF 169. As such, the Government is directed to produce any internal evaluations and/or memoranda regarding Ms. Calderon's cooperation **on or before 29 days from the date of this Order**.

**IT IS SO ORDERED.**

Dated: March 29, 2019

_____
BETH LABSON FREEMAN
United States District Judge